Bryan Caforio (261265)
bcaforio@susmangodfrey.com
Chelsea Samuels (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:   (310) 789-3100
Facsimile:   (310) 789-3150

*Attorneys for Plaintiff CIP Jardinette Holding, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIP JARDINETTE HOLDING, LLC, | Case No. 2:20-cv-2796 |
| Plaintiff, | **NOTICE OF RULE 41 VOLUNTARY DISMISSAL** |
| vs. | |
| READYCAP COMMERCIAL, LLC, a Delaware limited liability company, | |
| Defendant. | |

7314101/016501

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CIP Jardinette Holding, LLC voluntarily dismisses without prejudice this action against Defendant ReadyCap Commercial, LLC.

Defendant has not filed either an answer or a motion for summary judgment in this matter. Accordingly, this action against ReadyCap Commercial, LLC may be dismissed without prejudice and without and Order from the Court.

Dated: May 12, 2020            SUSMAN GODFREY L.L.P.

                               _____
                               Bryan Caforio
                               Chelsea Samuels

                               *Attorneys for Plaintiff*